# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00724-CV

---

### J. J. T., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C160093CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant J. J. T. filed her notice of appeal on November 2, 2018. The appellate record was complete November 12, 2018, making appellant's brief due December 3, 2018. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Charla H. Edwards to file appellant's brief no later than December 27, 2018. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 12, 2018.

Before Chief Justice Rose, Justices Field and Toth